# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WICKED DONUTS LLC, | Case No.: 2:20-cv-01657-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| WICKED MINI DONUTS, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. The plaintiff has taken no action to prosecute this action since I denied its motions for judgment without prejudice in March 2021. I ordered the plaintiff to show cause why this case should not be dismissed for failure to prosecute. ECF No. 33. I advised the plaintiff that failure to respond to the order to show cause would result in dismissal with prejudice. The plaintiff did not respond.

I THEREFORE ORDER that plaintiff Wicked Donuts LLC's complaint (ECF No. 2) is DISMISSED with prejudice. The clerk of court is instructed to enter judgment in favor of defendants Wicked Mini Donuts and Wicked Donuts Salem NH and against plaintiff Wicked Donuts LLC.

DATED this 6th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE